| | | | |
|---|---|---|---|
| Com. v. Jones | 198 MDA 2016 Quashed | 08/29/2016 | CP–28–CR–0000376–2015 (Franklin) |
| Chapman v. Chevron Appalachia [33] | 1201 WDA 2015 Affirmed | 08/29/2016 | 902 CD 2014 (Clarion) |
| Com. v. Grmusa–Bereksazi | 1584 WDA 2015 Affirmed | 08/29/2016 | CP–02–SA–0001459–2015 (Allegheny) |
| Com. v. Reid | 183 WDA 2016 Affirmed | 08/29/2016 | CP–02–CR–0009434–2012 (Allegheny) |
| Com. v. Denial [34] | 207 WDA 2016 Affirmed | 08/29/2016 | CP–25–CR–0001958–1993 (Erie) |
| Com. v. Williams | 237 WDA 2016 Affirmed | 08/29/2016 | CP–25–CR–0000365–2013 (Erie) |
| Com. v. Williams | 238 WDA 2016 Affirmed | 08/29/2016 | CP–25–CR–0003345–2012 (Erie) |
| Com. v. Pringle | 297 WDA 2016 Affirmed | 08/29/2016 | CP–27–CR–0000073–1997 (Forest) |
| In re Adoption of G.S.B.; Appeal of G.S.B. | 551 WDA 2016 Affirmed | 08/29/2016 | 14 Adoption 2015 (Somerset) |
| Com. v. Williams [35] | 2443 EDA 2014 Vacated and Remanded | 08/30/2016 | CP–51–CR–0000754–2009 (Philadelphia) |
| SVNE Pharma, Inc. v. Northeast Phila Pharmacy | 1561 EDA 2015 Affirmed | 08/30/2016 | August Term. 2013 No. 02706 (Philadelphia) |
| PECO Energy Co v. First Montgomery | 2100 EDA 2015 Affirmed | 08/30/2016 | 2010–04274–CA (Chester) |
| Sweeney v. Sweeney | 2164 EDA 2015 Affirmed | 08/30/2016 | 2012–11558 (Montgomery) |
| SVNE Pharma Inc. v. Northeast Philadelphia | 2335 EDA 2015 Affirmed | 08/30/2016 | August Term 2013 No. 02706 (Philadelphia) |
| Com. v. Cabell | 2837 EDA 2015 Affirmed | 08/30/2016 | CP–51–CR–0012754–2007 (Philadelphia) |
| Com. v. Simms | 89 EDA 2016 Vacated and Remanded | 08/30/2016 | CP–15–CR–0004169–2009 (Chester) |

33. Petition for reargument denied November 03, 2016.
34. Petition for reargument denied October 14, 2016.
35. Petition for reargument denied October 17, 2016.